No. 05–6188. SAUNDERS v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6216. RODGERS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 05–6218. BAKER v. DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir. Certiorari denied. 

No. 05–6227. BROOKS-BEY v. JAMES ET AL. Commw. Ct. Pa. Certiorari denied. 

No. 05–6228. BROWN v. WILLIAMS, WARDEN. Super. Ct. Baldwin County, Ga. Certiorari denied.

No. 05–6251. BRADLEY v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6254. LEWIS v. GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 05–6257. RICCA v. McCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–6258. RODGERS v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 05–6263. SANTIAGO v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 05–6265. FLYNN v. FRIEDMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–6269. LOCKLEAR v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–6270. WEST v. NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 05–6284. BROWN v. TAFOYA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 05–6292. MOHAMMAD v. PRUETT, WARDEN. C. A. 4th Cir. Certiorari denied.